In the Matter of HERBERT THORNTON BANKS (Also Known as HERBERT BANKS and H. THORNTON BANKS), an Attorney, Respondent.

First Department, November 4, 1938.

*Einar Chrystie*, for the petitioner.

No appearance for the respondent.

PER CURIAM. The respondent having been duly indicted charged with the crime of forgery, second degree, upon three counts, entered a plea of guilty on the first count on August 31, 1938, in the County Court held in and for the county of Kings, State of New York. Said crime is a felony.

Pursuant to section 477 and subdivision 3 of section 88 of the Judiciary Law, he, therefore, must be disbarred.

Present — MARTIN, P. J., O'MALLEY, GLENNON, UNTERMYER and COHN, JJ.

Respondent disbarred.